# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **TITANIDE VENTURES, LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **YAHOO!, INC.,** <br><br> Defendant. | **Case No.: 4:12-cv-00163-RAS-ALM** <br><br> **JURY TRIAL DEMANDED** |

## AGREED MOTION TO DISMISS

Plaintiff Titanide Ventures, LLC ("Titanide") and Defendant Yahoo! Inc. ("Yahoo!") file this Agreed Motion to Dismiss under Fed. R. Civ. P. 41(a)(1)(A)(ii). Titanide and Yahoo! agree that:

1. Titanide consents to dismissal with prejudice of all of its claims against Yahoo! in this suit.

2. Yahoo! consents to dismissal without prejudice of all of its claims against Titanide in this suit.

3. Titanide and Yahoo! shall each bear their own attorney fees and costs incurred in connection with this action.

4. This Court retains jurisdiction over the parties and the settlement agreement for purposes of resolving any dispute that may arise under it.

Dated: December 27, 2012

Respectfully submitted,

/s/ Christopher D. Banys
Christopher D. Banys SBN: 230038 (California)
Nicholas S. Mancuso SBN: 281668 (California)
Daniel M. Shafer SBN: 244839 (California)
THE LANIER LAW FIRM, P.C.
2200 Geng Road, Suite 200
Palo Alto, CA 94303
Tel: (650) 322-9100
Fax: (650) 322-9103
cdb@lanierlawfirm.com
nsm@lanierlawfirm.com
dms@lanierlawfirm.com

Wesley Hill (Texas Bar No. 24032294)
WARD & SMITH LAW FIRM
P.O. Box 1231
1127 Judson Road, Suite 220
Longview, TX 75606-1231
Tel.: (903) 757-6400
Fax: (903) 757-2323 (Fax)
wh@wsfirm.com

***ATTORNEYS FOR TITANIDE VENTURES, LLC***

/s/ Dan D. Davison
Dan D. Davison (Texas Bar No. 05590900)
Attorney-in-Charge
FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-2784
Tel: (214) 855-8000
Fax: (214) 855-8200
ddavison@fulbright.com

Richard S. Zembek (Texas Bar No. 00797726)
Daniel S. Leventhal (Texas Bar No. 24050923)
Paul A. Dyson (Texas Bar No. 24059704)
FULBRIGHT & JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Tel: (713) 651-5151
Fax: (713) 651-5246
rzembek@fulbright.com
dleventhal@fulbright.com
pdyson@fulbright.com

***ATTORNEYS FOR YAHOO! INC.***

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of December, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Georgia Golfinopoulos*
Georgia Golfinopoulos